Exhibit "A"

**DAVID S. ROCHMAN, ESQUIRE**
Attorney I.D. #: 037871990
Adams Place
701 White Horse Road, Suite 5
Voorhees, NJ 08043
(856) 751-2345
Attorney for Plaintiff

| | |
|---|---|
| ROSY ARROYO, as natural guardian ad litem of █████ A██████, a minor and ROSY ARROYO, Individually | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION<br>: CAMDEN COUNTY<br>: |
| Plaintiff(s), | :<br>: DOCKET NO.: CAM-L-2318-19 |
| vs.<br>CHUCK E. CHEESE and/or ABC CORPORATION (1-100)(a fictitious name for a presently unknown and unidentified corporation), CEC ENTERTAINMENT, INC. and/or DEF CORPORATION (1-100)(a fictitious name for a presently unknown and unidentified corporation) JOHN DOE (s) and/or GHI CORPORATION (1-100)(a fictitious name for a presently unknown and unidentified individual or corporation), Individually, jointly, severally and in the alternative | :<br>: CIVIL ACTION<br>:<br>:<br>:<br>:<br>: SUMMONS<br>: |
| Defendants. | :<br>: |

**From The State of New Jersey, To The Defendant(s) Named Below:**

### CHUCK E. CHEESE

The Plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this Summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) A $175.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it

is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to the plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the Court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is attached. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also attached.

DATED: June 20, 2019

      **Michelle Smith,**

Name of Defendant to be served:    **CHUCK E. CHEESE**
                                        The Court at Deptford II
                                        1500 Almonesson Road
                                        Deptford, NJ 08096

**DAVID S. ROCHMAN, ESQUIRE**
Attorney I.D. #037871990
701 White Horse Road, Suite 5
Voorhees, NJ 08043
(856) 751-2345
Attorney for Plaintiff

| | |
|---|---|
| ROSY ARROYO, as natural guardian ad litem of █████ A█████, a minor and ROSY ARROYO, Individually | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION<br>: CAMDEN COUNTY<br>: |
| Plaintiff(s), | :<br>:<br>: |
| vs. | : DOCKET NO.: **CAM-L-2318-19**<br>: |
| CHUCK E. CHEESE and/or ABC CORPORATION (1-100)(a fictitious name for a presently unknown and unidentified corporation), CEC ENTERTAINMENT, INC. and/or DEF CORPORATION (1-100) (a fictitious name for a presently unknown and unidentified corporation) JOHN DOE (s) and/or GHI CORPORATION (1-100)(a fictitious name for a presently unknown and unidentified individual or corporation), Individually, jointly, severally and in the alternative | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: **COMPLAINT AND DEMAND**<br>: **FOR TRIAL BY JURY** |
| Defendants. | : |

Plaintiffs, Rosy Arroyo, as natural guardian ad litem of minor, █████ A█████ who reside at 105 Forest Road, in the Township of Cherry Hill, County of Camden, State of New Jersey, by way of Complaint against defendants, says:

## COUNT ONE

1.    On or about June 23, 2016, plaintiff, █████ A█████, a minor were lawfully on the premises known as CHUCK E. CHEESE, and/or ABC CORPORATION, (1-100),(a fictitious name  for a presently unknown and unidentified corporation), in the Township of Deptford, County of Camden, State of New Jersey.

2.   At the aforesaid time and place, the defendants, CHUCK E. CHEESE, and/or ABC CORPORATION, (1-100),(a fictitious name for a presently unknown and unidentified corporation), were doing business as a corporation organized under the laws of the State of New Jersey, located at The Court at Deptford II, 1500 Almonesson Road, in the Township of Deptford, County of Camden and State of New Jersey.

3.   At the aforesaid time and place, the plaintiff, █████ A████████, a minor did cause to go towards the table at the Skeetball game, when he came up he struck his head causing injury at or on the premises of defendants, due to the negligence of the defendants, CHUCK E. CHEESE, and/or ABC CORPORATION, (1-100),(a fictitious name for a presently unknown and unidentified corporation).

4.   The defendants, CHUCK E. CHEESE, and/or ABC CORPORATION,(1-100),(a fictitious name for a presently unknown and unidentified corporation), was negligent in that it:

(a).   Did not keep the premises in a safe condition;

(b).   Did not exercise proper care/supervision

(c).   Caused dangerous and hazardous condition(s) to exist which leas to plaintiff(s) harm;

(d).   Failed to provide proper safeguards from said harms and/or warnings on its property of said harms;

(e).   Failed to provide proper, safe and clear access for persons allowed and invited to use its property safely;

(f).   Knew or should have known that this unsafe condition existed prior to the date of the accident and failed to use reasonable care in correcting the unsafe condition or warning the plaintiff;

(g).   Knew or should have known that the area of the unsafe condition was in a heavily traveled area and that the unsafe condition was not readily visible;

(h).   Allowed a nuisance to exist;

(i).   And was otherwise negligent.

5.   The accident was caused by the negligence and carelessness of the defendants, CHUCK E. CHEESE and/or ABC CORPORATION (1-100)(a fictitious name for a presently unknown and unidentified corporation) individually, jointly, severally and in the alternative.

6.   The liability of each defendant is a result of its individual acts and/or in the basis of Respondent Superior, and/or otherwise bears responsibility under the law.

7.   As a direct and proximate result of the negligence of the defendants, CHUCK E. CHEESE, and/or ABC CORPORATION, (1-100),( a fictitious name for a presently unknown and unidentified corporation), plaintiff, I█████ A█████ a minor has incurred, is incurring and shall incur severe consequential and significant and/or permanent personal injuries, medical bills, various costs and expenses(s), emotional distress, other damages, and/or pain and suffering.

8.   In addition, the plaintiff, I█████ A█████, a minor has and shall be restricted and/or prevented from pursuing her usual activities, occupations and employment.

**WHEREFORE**, plaintiffs, I█████ A█████ a minor and ROSY ARROYO as natural guardian ad litem demands judgment against defendants, CHUCK E. CHEESE, and/or ABC CORPORATION), (1-100) (a fictitious name for a presently unknown an unidentified corporation) for damages, interest, costs of suit, and such other relief as is just and equitable.

## COUNT TWO

9.      Plaintiffs, I██████ A██████, a minor and ROSY ARROYO as natural guardian as litem, hereby repeats each and every allegation as contained in Count One as set forth herein at length.

10.     On or about June 23, 2016,  plaintiff, I██████ A██████ a minor, was lawfully on the premises known as CHUCK E. CHEESE., and/or owned by CEC ENTERTAINMENT, INC. and/or DEF CORPORATION, (1-100), (a fictitious name  for a presently unknown and unidentified corporation), in the Township of Deptford, County of Camden, State of New Jersey.

11.     At the aforesaid time and place, the defendants, CEC ENTERTAINMENT, INC. and/or DEF CORPORATION, (1-100),( a fictitious name for a presently unknown and unidentified corporation), were the owners of a business organized under the laws of the State of New Jersey, located at The Court at Deptford II, 1500 Almonesson Road,  in the Township of Deptford, County of Camden and State of New Jersey.

12.     At the aforesaid time and place, the plaintiff, I██████ A██████ a minor did cause to go towards the table at the Skeetball game, when he came up he struck his head causing injury or on the premises of defendants, due to the negligence of the defendants, CEC ENTERTAINMENT, INC. and/or DEF CORPORATION, (1-100), (a fictitious name for a presently unknown and unidentified individual or corporation).

13.     The defendants, CEC ENTERTAINMENT, INC. and/or DEF CORPORATION, (1-100),( a fictitious name for a presently unknown and unidentified individual or corporation), was negligent in that it:

(a).    Did not keep the premises in a safe condition;

(b).    Did not exercise proper care/supervision;

(c).    Caused dangerous and hazardous condition(s) to exist which lead to plaintiff(s) harms;

(d).    Failed to provide proper safeguards from said harms and/or warnings on its property of said harms;

(e).    Failed to provide proper, safe and clear access for persons allowed and invited to use its property safely;

(f).    Knew or should have known that this unsafe condition existed prior to the date of the accident and failed to use reasonable care in correcting the unsafe condition or warning the plaintiff;

(g).    Knew or should have known that the area of the unsafe condition was in a heavily traveled area and that the unsafe condition was not readily visible;

(h).    Allowed a nuisance to exist;

(i).    And was otherwise negligent.

14.    The accident was caused by the negligence and carelessness of the defendants, CEC ENTERTAINMENT, INC. and/or DEF CORPORATION (1-100)(a fictitious name for a presently unknown and unidentified corporation) individually, jointly, severally and in the alternative.

15.    The liability of each defendant is a result of its individual acts and/or in the basis of Respondent Superior, and/or otherwise bears responsibility under the law.

16.    As a direct and proximate result of the negligence of the defendants, CEC ENTERTAINMENT, INC., and/or DEF CORPORATION, (1-100),( a fictitious name for a presently unknown and unidentified individual or corporation), plaintiffs, I███ A█████, a minor, has incurred, is incurring and shall incur severe consequential and significant and/or

permanent personal injuries, medical bills, various costs and expenses(s), emotional distress, other damages, and/or pain and suffering.

17.    In addition, the plaintiff, I████ A██████, a minor, has and shall be restricted and/or prevented from pursuing his usual activities, occupations and employment.

**WHEREFORE**, plaintiffs, I████ A████ a minor and ROSY ARROYO as natural guardian ad litem   demands judgment against defendant, CEC ENTERTAINMENT, INC. and/or DEF CORPORATION (1-100) (a fictitious name for a presently unknown and unidentified individual or corporation) for damages, interest, costs of suit, and such other relief as is just and equitable.

## COUNT THREE

18.    Plaintiffs, I███ A██████ a minor and ROSY ARROYO as natural guardian as litem, hereby repeats each and every allegation as contained in Counts One and Two as set forth herein at length.

19.    On or about June 23, 2016,   plaintiff, I████ A██████, a minor, was lawfully on the premises known as CHUCK E. CHEESE., and/or owned by JOHN DOE(s) and/or GHI CORPORATION, (1-100), (a fictitious name   for a presently unknown and unidentified individual or corporation), in the Township of Deptford, County of Camden, State of New Jersey.

20.    At the aforesaid time and place, the defendants, JOHN DOE(s), and/or GHI CORPORATION, (1-100),( a fictitious name for a presently unknown and unidentified individual or corporation), were the owners of a business organized under the laws of the State of New Jersey, located at The Court of Deptford II, 1500 Almonesson Road, in the Township of Deptford, County of Camden and State of New Jersey.

21.     At the aforesaid time and place, the plaintiffs, ████ A█████, a minor, did cause to go towards the table at the Skeetball game, when he came up he struck his head causing injury or on the premises of defendants, due to the negligence of the defendants, JOHN DOE(s), and/or GHI CORPORATION, (1-100), (a fictitious name for a presently unknown and unidentified individual or corporation).

22.     The defendants, JOHN DOE (s), and/or GHI CORPORATION, (1-100),( a fictitious name for a presently unknown and unidentified individual or corporation), was negligent in that it:

(a).    Did not keep the premises in a safe condition;

(b).    Did not exercise proper care/supervision;

(c).    Caused dangerous and hazardous condition(s) to exist which lead to plaintiff(s) harms;

(d).    Failed to provide proper safeguards from said harms and/or warnings on its property of said harms;

(e).    Failed to provide proper, safe and clear access for persons allowed and invited to use its property safely;

(f).     Knew or should have known that this unsafe condition existed prior to the date of the accident and failed to use reasonable care in correcting the unsafe condition or warning the plaintiff;

(g).    Knew or should have known that the area of the unsafe condition was in a heavily traveled area and that the unsafe condition was not readily visible;

(h).    Allowed a nuisance to exist;

(i).    And was otherwise negligent.

23. The accident was caused by the negligence and carelessness of the defendants, JOHN DOE(s) and/or GHI CORPORATION (1-100)(a fictitious name for a presently unknown and unidentified individual or corporation) individually, jointly, severally and in the alternative.

24. The liability of each defendant is a result of its individual acts and/or in the basis of Respondent Superior, and/or otherwise bears responsibility under the law.

25. As a direct and proximate result of the negligence of the defendants, JOHN DOE(s), and/or GHI CORPORATION, (1-100),( a fictitious name for a presently unknown and unidentified individual or corporation), plaintiffs, I█████ A█████, a minor, has incurred, is incurring and shall incur severe consequential and significant and/or permanent personal injuries, medical bills, various costs and expenses(s), emotional distress, other damages, and/or pain and suffering.

26. In addition, the plaintiffs, I█████ A█████ a minor, has and shall be restricted and/or prevented from pursuing his usual activities, occupations and employment.

**WHEREFORE**, plaintiffs, I█████ A█████ a minor and ROSY ARROYO as natural guardian ad litem   demands judgment against defendant, JOHN DOE(s) and/or GHI CORPORATION (1-100) (a fictitious name for a presently unknown and unidentified individual or corporation) for damages, interest, costs of suit, and such other relief as is just and equitable.

<u>**COUNT FOUR**</u>

27. Plaintiffs, I█████ A█████,  a minor and ROSY ARROYO as natural guardian ad litem hereby repeats each and every allegation as contained in Counts One, Two and Three as set forth herein at length.

28. Plaintiff,  ROSY ARROYO, has been and is the mother of plaintiff,  I█████ A█████.

29.     As a result of the injuries and damages suffered by minor Plaintiff, I███ A███, as set forth above, the Plaintiff, ROSY ARROYO has and will in the future suffer the loss of usual services and consortium of her child, and has been required to provide special care and services to him, and to undergo costs and expenses in her endeavor to help cure him of his injuries.

**WHEREFORE**, Plaintiff, ROSY ARROYO, hereby demands judgment of all named defendants, CHUCK E. CHEESE and/or ABC CORPORATION (1-100)(a fictitious name for a presently unknown and unidentified corporation) CEC ENTERTAINMENT, INC. and/or DEF CORPORATION (1-100)(a fictitious name for a presently unknown and unidentified corporation) JOHN DOE (s) and/or GHI CORPORATION (1-100)( a fictitious name for a presently unknown and unidentified individual or corporation) individually, jointly, severally and in the alternative for damages, interest and costs of suit.

**COUNT FIVE**

30.     Plaintiffs, ROSY ARROYO as natural guardian ad litem of I███ A███, a minor, hereby repeats each and every allegation contained in Counts One, Two, Three and Four of this Complaint as if set forth herein at length.

**WHEREFORE,** the Plaintiffs, ROSY ARROYO as natural guardian ad litem of I█████ A█████, a minor, hereby demand judgment against all named Defendants, CHUCK E. CHEESE, and/or ABC CORPORATION (1-100),( a fictitious name for a presently unknown and unidentified corporation) CEC ENTERTAINMENT, INC. and/or DEF CORPORATION (1-100)(a fictitious name for a presently unknown and unidentified corporation) JOHN DOE(s) and/or GHI CORPORATION (1-100) (a fictitious name for a presently unknown and unidentified individual or corporation), Individually, jointly, severally and in the alternative for damages, interest and costs of suit.

DATED: DECEMBER 1, 2018

_____
DAVID S. ROCHMAN, ESQUIRE
Attorney for Plaintiffs

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as to all issues.

DATED: DECEMBER 1, 2018

_____
DAVID S. ROCHMAN, ESQUIRE.
Attorney for Plaintiffs

## DESIGNATION OF TRIAL COUNSEL

Plaintiff hereby designates David S. Rochman, Esquire as trial

counsel in this matter.

DATED: DECEMBER 1, 2018

DAVID S. ROCHMAN, ESQUIRE.
Attorney for Plaintiffs

## DEMAND FOR ANSWERS TO FORM "C and FORM "C(1)" UNIFORM INTERROGATORIES

Demand is hereby made that all Defendants provide certified Answers to Uniform

Interrogatories within the time and in the manner prescribed by law, as follows:

FORM "C" and FORM "C(1)" UNIFORM INTERROGATORIES, as set forth in

Appendix II of the New Jersey Court Rules.

DATED: DECEMBER 1, 2018

DAVID S. ROCHMAN, ESQUIRE
Attorney for Plaintiffs,

## CERTIFICATION

The undersigned counsel certifies that there are no other actions or arbitrations pending or contemplated involving the subject matter of this controversy at this time, and there are no additional known parties who should be joined to the present action at this time.

I certify the foregoing to be true.   I am aware if the above is willfully false, I am subject to punishment.

DATED: DECEMBER 1, 2018

_____
DAVID S. ROCHMAN, ESQUIRE
Attorney for Plaintiffs

**Appendix XII-B1**

|  | **CIVIL CASE INFORMATION STATEMENT (CIS)**<br><br>Use for initial Law Division<br>Civil Part pleadings (not motions) under *Rule* 4:5-1<br>**Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed** | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|---|

| FOR USE BY CLERK'S OFFICE ONLY | |
|---|---|
| PAYMENT TYPE: ☐ CK ☐ CG ☐ CA | |
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| ATTORNEY / PRO SE NAME<br>DAVID S. ROCHMAN, ESQUIRE | TELEPHONE NUMBER<br>(856) 751-2345 | COUNTY OF VENUE<br>Camden [▼] |
|---|---|---|
| FIRM NAME (if applicable)<br>LAW OFFICE OF DAVID S. ROCHMAN | | DOCKET NUMBER (when available) |
| OFFICE ADDRESS<br>ADAMS PLACE<br>701 WHITE HORSE ROAD, SUITE 5<br>VOORHEES, NJ 08043 | | DOCUMENT TYPE<br>COMPLAINT |
| | | JURY DEMAND   ■ YES   ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff)<br>ROSY ARROYO, as natural guardian ad Itiem of I▉▉ A▉▉▉, a minor Plaintiff(s) | CAPTION<br>ROSY ARROYO as natural guardian ad litem of I▉▉ A▉▉▉, a minor vs. CHUCK E. CHEESE and/or ABC CORPORATION (1-100)(a fictitious name for a presently unknown and unidentifed corp) et al. |
|---|---|

| CASE TYPE NUMBER<br>(See reverse side for listing)<br>605 | HURRICANE SANDY RELATED?<br>☐ YES   ■ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE?   ☐ YES   ■ NO<br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|---|
| RELATED CASES PENDING?<br>☐ YES   ■ No | | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?<br>■ Yes   ☐ No | | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>SEDGEWICK CLAIMS MANAGEMENT   ☐ NONE   ☐ UNKNOWN |

| THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE. |
|---|

| CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION | | |
|---|---|---|
| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?<br>☐ Yes   ■ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE   ☐ FRIEND/NEIGHBOR<br>☐ FAMILIAL   ☐ BUSINESS | ☐ OTHER (explain) |
| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?   ☐ YES   ■ No | | |

| USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION |
|---|
| |

| ♿ | DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES   ■ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|---|
| | WILL AN INTERPRETER BE NEEDED?<br>■ YES   ☐ No | IF YES, FOR WHAT LANGUAGE?<br>SPANISH |

| I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b). |
|---|
| ATTORNEY SIGNATURE: |



**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
### Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
151   NAME CHANGE
175   FORFEITURE
302   TENANCY
399   REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
502   BOOK ACCOUNT (debt collection matters only)
505   OTHER INSURANCE CLAIM (including declaratory judgment actions)
506   PIP COVERAGE
510   UM or UIM CLAIM (coverage issues only)
511   ACTION ON NEGOTIABLE INSTRUMENT
512   LEMON LAW
801   SUMMARY ACTION
802   OPEN PUBLIC RECORDS ACT (summary action)
999   OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
305   CONSTRUCTION
509   EMPLOYMENT (other than CEPA or LAD)
599   CONTRACT/COMMERCIAL TRANSACTION
603N  AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
603Y  AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
605   PERSONAL INJURY
610   AUTO NEGLIGENCE – PROPERTY DAMAGE
621   UM or UIM CLAIM (includes bodily injury)
699   TORT – OTHER

**Track III - 450 days' discovery**
005   CIVIL RIGHTS
301   CONDEMNATION
602   ASSAULT AND BATTERY
604   MEDICAL MALPRACTICE
606   PRODUCT LIABILITY
607   PROFESSIONAL MALPRACTICE
608   TOXIC TORT
609   DEFAMATION
616   WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
617   INVERSE CONDEMNATION
618   LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
156   ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
303   MT. LAUREL
508   COMPLEX COMMERCIAL
513   COMPLEX CONSTRUCTION
514   INSURANCE FRAUD
620   FALSE CLAIMS ACT
701   ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**

| | | | |
|---|---|---|---|
| 271 | ACCUTANE/ISOTRETINOIN | 292 | PELVIC MESH/BARD |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 293 | DEPUY ASR HIP IMPLANT LITIGATION |
| 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL | 295 | ALLODERM REGENERATIVE TISSUE MATRIX |
| 282 | FOSAMAX | 296 | STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS |
| 285 | STRYKER TRIDENT HIP IMPLANTS | 297 | MIRENA CONTRACEPTIVE DEVICE |
| 286 | LEVAQUIN | 299 | OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR |
| 287 | YAZ/YASMIN/OCELLA | 300 | TALC-BASED BODY POWDERS |
| 289 | REGLAN | 601 | ASBESTOS |
| 290 | POMPTON LAKES ENVIRONMENTAL LITIGATION | 623 | PROPECIA |
| 291 | PELVIC MESH/GYNECARE | 624 | STRYKER LFIT CoCr V40 FEMORAL HEADS |

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics.

**Please check off each applicable category**   ☐ **Putative Class Action**   ☐ **Title 59**

```
CAMDEN COUNTY
SUPERIOR COURT
HALL OF JUSTICE
CAMDEN          NJ 08103
```
                                        TRACK ASSIGNMENT NOTICE
```
COURT TELEPHONE NO. (856) 379-2200
COURT HOURS  8:30 AM - 4:30 PM
```

                        DATE:    JUNE 07, 2019
                        RE:      ARROYO ROSY  VS CHUCK E. CHEESE
                        DOCKET: CAM L -002318 19

    THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

    DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

    THE PRETRIAL JUDGE ASSIGNED IS:  HON STEVEN J. POLANSKY

    IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     101
AT:  (856) 379-2200 EXT 3060.

    IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
    PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                        ATTENTION:
                                ATT: DAVID S. ROCHMAN
                                DAVID S. ROCHMAN
                                701 WHITE HORSE RD
                                STE 5
                                VOORHEES        NJ 08043


ECOURTS

P1953306

ROSY ARROYO, AS NATURAL GUARDIAN AD LITEM OF █████████, A
    MINOR AND ROSY ARROYO, INDIVIDUALLY
        PLAINTIFF
       - vs -
    CHUCK E. CHEESE, ET AL
       DEFENDANT

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION CAMDEN COUNTY
Docket No. CAM-L-2318-19

**Person to be Served**
CHUCK E. CHEESE
THE COURT AT DEPTFORD II 1500 ALMONESSON ROAD
DEPTFORD, NJ 08096

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** CERTIFICATION, CIVIL CASE INFORMATION STATEMENT, SUMMONS AND COMPLAINT, TRACK
ASSIGNMENT NOTICE, LETTER TO THE COURT, DEMAND FOR JURY TRIAL, DESIGNATION OF TRIAL COUNSEL,
DEMAND FOR ANSWERS TO FORM C AND FORM C(1) UNIFORM INTERROGATORIES
**Service Data:**
Served Successfully **X** Not Served _____ Date: 06/24/2019 Time: 12:30 PM Attempts: _____

___ Delivered a copy to him/her personally

___ Left a copy with a competent household
member of over 14 years of age residing
therein.

**X** Left a copy with a person authorized to
accept service, e.g. managing agent,
registered agent, etc.

Name of person served and relationship / title:

WILLIAM MOY

GENERAL MANAGER

**Description of Person Accepting Service:**
SEX: **MALE**    COLOR: **ASIAN**    HAIR: **BROWN**    APP.AGE: **30**    APP. HT: **6'0"**    APP. WT: **170**
OTHER:

**Comments Or Remarks:**

*Edward G. McDonald*
Sworn to before me this
28 day of JUNE, 2019

I, JOSEPH RUSSO, was at the time of service a
competent adult not having a direct interest in
the litigation. I declare under penalty of
perjury that the foregoing is true and correct.

*Joseph A. Russo*
Signature of Process Server Date

Client File Number:

Edward J. McDonald
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES OCTOBER 21, 2019

NJLS Process Service
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300



456930

**Plaintiff**
ROSY ARROYO, AS NATURAL GUARDIAN AD LITEM OF ▮▮▮ A▮▮▮ ET AL

vs

**Defendant**
CHUCK E. CHEESE, ET AL

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION:
CAMDEN COUNTY

DOCKET NO. CAM-L-2318-19

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30

$ _____

Person to be served: CEC ENTERTAINMENT, INC.

**Address:**
1707 MARKET PLACE
BOULEVARD, #200
IRVING TX 75063

**Attorney:**
DAVID ROCHMAN, ESQUIRE.
701 WHITE HORSE ROAD SUITE 5
VOORHEES NJ 08043

**Papers Served:**
SUMMONS & COMPLAINT TRACK ASSIGNMENT NOTICE
CASE INFORMATION STATEMENT

---

Service Data:

Served Successfully ✔    Not Served _____    Date: 6-26-2019   Time: 11:00am   Attempts: 2

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

✔ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title
VERNELL MOBLEY, MANAGING AGENT
CEC ENTERTAINMENT, INC.
1707 MARKET PLACE BLVD, SUITE 200
IRVING, TX 75063

Description of Person Accepting Service:

Age: 45-50   Height: 5'7"   Weight: 130   Hair: BLONDE   Sex: FEMALE   Race: WHITE

Non-Served:

(  ) Defendant is unknown at the address furnished by the attorney
(  ) All reasonable inquiries suggest defendant moved to an undetermined address
(  ) No such street in municipality
(  ) No response on: _____ Date _____ Time _____
                     _____ Date _____ Time _____
                     _____ Date _____ Time _____
(  ) Other: _____    Comments or Remarks _____

Subscribed and Sworn to me this
26 day of JUNE 2019

I, GEAN O. SMITH _____, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Notary Signature

_____   6-26-2019
Signature of Process Server        Date

PSC 4683   EXP. 1-31-2020



SHIRLEY NELL MCCLELLAN
My Notary ID # 6985122
Expires September 21, 2021

**DGR - THE SOURCE FOR LEGAL SUPPORT**
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.    456930

File No.   CAM-L-2318-19

## Case Summary

**Case Number:** CAM L-002318-19

**Case Caption:** Arroyo Rosy  Vs Chuck E. Cheese

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Camden | **Case Initiation Date:** 06/07/2019 |
| **Case Type:** Personal Injury | **Case Status:** Active | **Jury Demand:** 12 Jurors |
| **Case Track:** 2 | **Judge:** Daniel A Bernardin | **Team:** 201 |
| **Original Discovery End Date:** | **Current Discovery End Date:** | **# of DED Extensions:** 0 |
| **Original Arbitration Date:** | **Current Arbitration Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Date Adjournments:** 0 |
| **Disposition Date:** | **Case Disposition:** Open | **Statewide Lien:** |

### Plaintiffs

#### ███ A█████

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** David S Rochman |
| **Address Line 1:** 105 Forest Road | **Address Line 2:** | **Attorney Bar ID:** 037871990 |
| **City:** Cherry Hill   **State:** NJ | **Zip:** 08034 | **Phone:** |
| **Attorney Email:** DAVIDROCHMAN@ROCHMANLAW.COM | | |

#### Rosy  Arroyo

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** David S Rochman |
| **Address Line 1:** 105 Forest Road | **Address Line 2:** | **Attorney Bar ID:** 037871990 |
| **City:** Cherry Hill   **State:** NJ | **Zip:** 08034 | **Phone:** |
| **Attorney Email:** DAVIDROCHMAN@ROCHMANLAW.COM | | |

### Defendants

#### Chuck E. Cheese

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:**   **State:** NJ | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** | | |

#### Cec Entertainment, Inc.

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:**   **State:** NJ | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** | | |

### Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 6/7/2019 | Complaint with Jury Demand for CAM-L-002318-19 submitted by ROCHMAN, DAVID S, DAVID S. ROCHMAN on behalf of ROSY ARROYO, ███ A█████ against CHUCK E. CHEESE, CEC ENTERTAINMENT, INC. | LCV20191007574 | 6/7/2019 |
| 6/8/2019 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20191010027 | 6/8/2019 |
| 7/3/2019 | AFFIDAVIT OF SERVICE submitted by ROCHMAN, DAVID, S of DAVID S. ROCHMAN on behalf of ███ A█████, ROSY  ARROYO against CHUCK E. CHEESE, CEC ENTERTAINMENT, INC. | LCV20191162921 | 7/3/2019 |
| 7/11/2019 | AFFIDAVIT OF SERVICE submitted by ROCHMAN, DAVID, S of DAVID S. ROCHMAN on behalf of ███ A█████, ROSY  ARROYO against CHUCK E. CHEESE, CEC ENTERTAINMENT, INC. | LCV20191202389 | 7/11/2019 |